of $4.50 a week. She has lost her left hand. We think that the verdict of $12,000 should be reduced to $9,000, and that the judgment, as so reduced, and the order, should be affirmed, but without the costs of this appeal. If the plaintiff does not accept the reduction within 20 days, a new trial should be granted; costs to abide the event. All concur.

## RONCA v. WENDELL & EVANS CO.

(Supreme Court, Appellate Division, Second Department. January 15, 1915.)

Appeal from Trial Term, Kings County.
Action by Giovanni C. Ronca against the Wendell & Evans Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed.
See, also, 150 N. Y. Supp. 1109.
Argued before JENKS, P. J., and BURR, STAPLETON, RICH, and PUTNAM, JJ.

PER CURIAM. Judgment and order unanimously affirmed, with costs. See Fannie Ronca v. Wendell & Evans Co., 151 N. Y. Supp. 257, decided herewith.

## PRATT v PRENTICE.

(Supreme Court, Appellate Division, Fourth Department. December 4, 1914.)

1. VENDOR AND PURCHASER (§ 232*)—BONA FIDE PURCHASER—WHO ARE.
   One may be a bona fide purchaser of lands, although he did not inquire from the occupant as to the nature of his possession.
   [Ed. Note.—For other cases, see Vendor and Purchaser, Cent. Dig. §§ 540–545, 548–562; Dec. Dig. § 232.*]

2. JUDGMENT (§ 243*)—NECESSARY PARTIES.
   In ejectment, the interest of defendant's wife cannot be determined, where she was not a party.
   [Ed. Note.—For other cases, see Judgment, Cent. Dig. § 428; Dec. Dig. § 243.*]

3. LANDLORD AND TENANT (§ 61*)—RIGHT TO QUESTION LANDLORD'S TITLE—ESTOPPEL.
   A lessee is, by reason of his relation to the landlord, estopped from questioning the landlord's title and asserting title paramount in another.
   [Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 151, 152, 187–196; Dec. Dig. § 61.*]

4. TRUSTS (§ 134*)—CONSTRUCTION—TITLE OF TRUSTEE.
   A deed to one as trustee, in the absence of other evidence, vests him with title.
   [Ed. Note.—For other cases, see Trusts, Cent. Dig. § 177; Dec. Dig. § 134.*]

5. APPEAL AND ERROR (§ 1064*)—REVIEW—HARMLESS ERROR.
   In ejectment, an erroneous instruction, that it was not necessary for plaintiff to show immediate right to possession when the action was begun, is harmless, where the evidence showed that he was entitled to possession at that time.
   [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4219, 4221–4224; Dec. Dig. § 1064.*]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes